United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 97-2569MN

_____

Bennie Davis,                                         *
                                                      *
              Appellant,                              *
                                                      *    Appeal from the United States
      v.                                              *    District Court for the District
                                                      *    of Minnesota.
Fred G. Lafleur; Erik Skon; David Crist;              *
Linda Harder; Doctor Ramos; James H.                  *          [UNPUBLISHED]
Bruton,                                               *
                                                      *
              Appellees.                              *

_____

Submitted:  September 30, 1997
     Filed:  October 6, 1997

_____

Before FAGG, BOWMAN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Bennie Davis appeals the district court's dismissal of Davis's 42 U.S.C. § 1983 action for failure to state a claim on which relief can be granted. After de novo review, we conclude the district court's decision was correct. We thus affirm the district court without further discussion. See 8th Cir. R.47B.

A true copy.

Attest:

             CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.